**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-1777**

JEAN P. WARD,

Plaintiff - Appellant,

versus

THOMAS E. WHITE, Secretary of the Army,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-02-86-A)

Submitted: September 23, 2002      Decided: November 7, 2002

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jean P. Ward, Appellant Pro Se. Major Francis Patrick King, Major Mark David Maxwell, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jean P. Ward appeals the district court's order granting White's motion to dismiss Ward's civil action on res judicata grounds. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ward v. White, No. CA-02-86-A (E.D. Va. May 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED